James W. Pengilly, Esq.
Nevada Bar No. 6085
jpengilly@pengillylawfirm.com
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@pengillylawfirm.com
PENGILLY LAW FIRM
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
Telephone: (702) 889-6665
Facsimile: (702) 889-6664
*Attorneys for Tierra De Las Palmas Owners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT INC., ALTERNATIVE LOAN TRUST 2005-46CB. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-46CB, a national bank,<br><br>Plaintiff,<br>vs.<br><br>TIERRA DE LAS PALMAS OWNERS ASSOCIATION, a Nevada non-profit corporation; PRARIE FLOWER HOLDINGS, LLC, a Nevada limited liability company; VOULZWASBECK MENDIOLA, an individual; and MICHELLE B. SMITH, an individual,<br><br>Defendants. | CASE NO.: 2:17-cv-01989-MMD-GWF<br><br>STIPULATION AND ORDER TO SET ASIDE DEFAULT AND EXTEND TIME TO RESPOND<br>**(First Request)** |

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT INC., ALTERNATIVE LOAN TRUST 2005-46CB. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-46CB, a national bank ("BNY"), and counsel for Defendant, TIERRA DE LAS PALMAS OWNERS ASSOCIATION ("TDLP"), that

1

the Clerk's Entry of Default (ECF No. 17) entered in this matter on September 25, 2017, against TDLP, be set aside; and

IT IS FURTHER STIPULATED that TDLP may have ten (10) days from the date of entry of this stipulation in which to answer BNY's Complaint on file herein.

DATED this 2nd day of February, 2018.    DATED this 5th day of February, 2018.

PENGILLY LAW FIRM                ZIEVE, BRODNAX & STEELE, LLP

*/s/ Elizabeth Lowell*_____    */s/ Stephen Dolembo*_____
James W. Pengilly, Esq.          Shadd A. Wade, Esq.
Nevada Bar No. 6085              Nevada Bar No. 11310
Elizabeth Lowell, Esq.           Steven Dolembo, Esq.
Nevada Bar No. 8551              Nevada Bar No. 9795
1995 Village Center Cir., Suite 190    3753 Howard Hughes Pkwy., Suite 200
Las Vegas, NV 89134              Las Vegas, NV 89169
(702) 889-6665                   702-948-8565
*Counsel for Tierra De Las Palmas*    *Counsel for Plaintiff*

## **ORDER**

IT IS SO ORDERED this __5th__ day of _____February_____, 2018.

_____
**UNITED STATES DISTRICT COURT JUDGE**

