ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 W. Russell Rd., Suite 120
Las Vegas, Nevada 89148
Tel:   (702) 948-8565
Fax:   (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com
Attorneys for Plaintiff The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2005-46CB, Mortgage Pass-Through Certificates, Series 2005-46CB

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT INC., ALTERNATIVE LOAN TRUST 2005-46CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-46CB, a national bank,<br><br>    Plaintiff,<br><br>  vs.<br><br>TIERRA DE LAS PALMAS OWNERS ASSOCIATION, a Nevada non-profit corporation; PRAIRIE FLOWER HOLDINGS, LLC, a Nevada limited liability company; VOULZWASBECK MENDIOLA, an individual; and MICHELLE B. SMITH, an individual,<br><br>    Defendants. | Case No.:  2:17-cv-01989-MMD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT TIERRA DE LAS PALMAS OWNERS ASSOCIATION** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Certificateholders of CWALT Inc.,

Alternative Loan Trust 2005-46CB, Mortgage Pass-Through Certificates, Series 2005-46CB (hereinafter "BNYM") and Defendant Tierra De Las Palmas Owners Association (hereinafter "Tierra De Las Palmas") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1. On July 21, 2018, Plaintiff BNYM filed its Complaint in this action naming Tierra De Las Palmas Owners Association and other parties as defendants related to a homeowners association foreclosure sale of real property located at 2315 Little Italy Avenue, North Las Vegas, Nevada 89031; APN 124-32-820-012 (hereinafter "Property").

2. The Parties hereby agree that BNYM's claims against Tierra De Las Palmas shall be dismissed with prejudice, and BNYM and Tierra De Las Palmas shall each bear its own costs and fees related to this litigation.

3. Tierra De Las Palmas asserts that it does not have a current ownership interest in title to the Property.

4. Tierra De Las Palmas specifically reserves its ongoing rights under Nevada law, including NRS Chapter 116, and the governing documents, including the Covenants, Conditions and Restrictions ("CC&Rs").

///

///

///

///

///

///

///

5. This dismissal does not affect any rights, claims or defenses of BNYM or Tierra De Las Palmas with respect to any other party related to the foreclosure sale of the Property.

**IT IS SO STIPULATED.**

DATED this __7th_____ day of May, 2018.

| ZIEVE, BRODNAX & STEELE, LLP | PENGILLY LAW FIRM |
|---|---|
| __/s/J. Stephen Dolembo, Esq.____<br>J. Stephen Dolembo, Esq.<br>Nevada Bar No. 9795<br>9435 W. Russell Rd., Suite 120<br>Las Vegas, Nevada 89148<br>Tel: (702) 948-8565<br>Fax: (702) 446-9898<br>sdolembo@zbslaw.com<br>Attorneys for Plaintiff *The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-15* | _/s/Elizabeth B. Lowell, Esq._____<br>Elizabeth B. Lowell, Esq.<br>Nevada Bar No. 8551<br>1995 Village Center Cir., Suite 190<br>Las Vegas, Nevada 89134<br>Attorney for *Tierra De Las Palmas Owners Association* |

**Case No.: 2:17-CV-01989-MMD-GWF**

**ORDER**

Based on the foregoing stipulation, and good cause appearing,

**IT IS ORDERED** that Defendant TIERRA DE LAS PALMAS OWNERS ASSOCIATION is hereby dismissed from this case with prejudice.

**IT IS FURTHER ORDERED** that Defendant TIERRA DE LAS PALMAS OWNERS ASSOCIATION has no present ownership interest in title to the Property.

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that this dismissal does not affect any rights, claims or defenses of Plaintiff BNYM or TIERRA DE LAS PALMAS OWNERS ASSOCIATION with respect to any other party related to the foreclosure sale of the Property.

**IT IS SO ORDERED.**

DATED this 10th day of September 2018.

_____
U.S. DISTRICT COURT ~~OR MAGISTRATE JUDGE~~

Respectfully submitted:

ZIEVE, BRODNAX & STEELE, LLP

/s/J. Stephen Dolembo, Esq.
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 W. Russell Rd., Suite 120
Las Vegas, Nevada 89148
sdolembo@zbslaw.com
Attorneys for Plaintiff *The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2005-46CB, Mortgage Pass-Through Certificates, Series 2005-46CB*

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the __7th__ day of September, 2018, a true and correct copy of the **STIPULATION AND ORDER TO DISMISS DEFENDANT TIERRA DE LAS PALMAS OWNERS ASSOCIATION** was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case.

Michael N. Beede
mike@legallv.com
The Law Office of Mike Beede, PLLC
2470 St. Rose Parkway Ste. 201
Henderson, NV 89074
*Attorney for Defendant, Prairie Flower Holdings, LLC*

Elizabeth B. Lowell, Esq.
elowell@pengillylawfirm.com
PENGILLY LAW FIRM
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
*Attorneys for Tierra De Las Palmas Owners Association*

　　　　　　　　　　　　　　　　　　__/s/ Sara Hunsaker_____
　　　　　　　　　　　　　　　　　　An Employee of ZIEVE, BRODNAX & STEELE, LLP