ZIEVE, BRODNAX & STEELE, LLP
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 W. Russell Rd., Suite 120
Las Vegas, Nevada 89148
Tel:   (702) 948-8565
Fax:   (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com
Attorneys for Plaintiff *The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2005-46CB, Mortgage Pass-Through Certificates, Series 2005-46CB*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT INC., ALTERNATIVE LOAN TRUST 2005-46CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-46CB, a national bank,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TIERRA DE LAS PALMAS OWNERS ASSOCIATION, a Nevada non-profit corporation; PRAIRIE FLOWER HOLDINGS, LLC, a Nevada limited liability company; VOULZWASBECK MENDIOLA, an individual; and MICHELLE B. SMITH, an individual,<br><br>　　　　Defendants. | Case No.:   2:17-cv-01989-MMD-GWF<br><br>**STIPULATED JUDGMENT** |

Plaintiff THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT INC., ALTERNATIVE LOAN TRUST 2005-46CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-

46CB (hereinafter "Plaintiff"), by and through its attorney of record J. Stephen Dolembo, Esq. of Zieve Brodnax & Steele, LLP, and Defendant PRAIRIE FLOWER HOLDINGS, LLC, by and through its attorneys of record, Michael N. Beede, Esq. and James W. Fox, Esq. of The Law Office of Mike Beede, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant Prairie Flower Holdings, LLC is hereby dismissed WITH PREJUDICE, each party to bear its own fees and costs.

IT IS HEREBY STIPULATED AND AGREED that Defendants other than Prairie Flower Holdings, LLC have been previously dismissed from this action and the Plaintiff's claims herein have been fully and finally resolved.

IT IS HEREBY STIPULATED AND AGREED that title to the Property commonly known as 2315 Little Italy Avenue, North Las Vegas, NV 89031 shall be quieted in favor of Prairie Flower Holdings, LLC.

IT IS HEREBY STIPULATED AND AGREED that none of Plaintiff, The Bank of New York Mellon nor non-party Bayview Loan Servicing, LLC have any present right, title or interest in the Property.

IT IS SO STIPULATED AND AGREED.

Dated this __7th____ day of January, 2019.

| ZIEVE BRODNAX & STEELE, LLP | THE LAW OFFICE OF MIKE BEEDE |
|---|---|
| /s/*J. Stephen Dolembo, Esq.* <br> J. Stephen Dolembo, Esq. <br> Nevada Bar No. 9795 <br> 9435 W. Russell Road, Suite 120 <br> Las Vegas, NV 89148 <br> *Attorneys for Plaintiff The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2005-46CB, Mortgage Pass-Through Certificates, Series 2005-46CB* | /s/James W. Fox, Esq. <br> Michael N. Beede, Esq. <br> Nevada Bar No. 13068 <br> James W. Fox, Esq. <br> Nevada Bar No. 13122 <br> 2470 St. Rose Pkwy., Suite 201 <br> Henderson, Nevada 89074 <br> *Attorneys for Defendant Prairie Flower Holdings, LLC* |

**Case No.: 2:17-cv-01989-MMD-GWF**

### ORDER OF DISMISSAL

On this day the court considered the joint stipulation of dismissal submitted by Plaintiff The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2005-46CB, Mortgage Pass-Through Certificates, Series 2005-46CB ("BNYM"), and Defendant Prairie Flower Holdings, LLC, and found that the parties' request has merit and should be **GRANTED**. It is therefore,

**ORDERED, ADJUDGED, and DECREED** all claims asserted by the parties, or that could have been asserted by the parties in this case are hereby dismissed with prejudice.

All costs are to be borne by the party incurring same.

That title to the Property commonly known as 2315 Little Italy Avenue, North Las Vegas, NV 89031 shall be quieted in favor of Prairie Flower Holdings, LLC.

Neither Bank of New York Mellon nor Bayview Loan Servicing, LLC have any present right, title or interest in the Property, and each shall be prohibited from asserting any claim to the property not hereafter acquired..

It is the intent of this court that this final judgment disposes of all claims against all parties in the above-styled and -numbered cause and this judgment be, and is, final for all purposes, including, but not limited to, appeal.

**IT IS SO ORDERED.**

Dated this 7th day of January, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

ZIEVE, BRODNAX & STEELE, LLP

/s/J. Stephen Dolembo, Esq. _____
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 W. Russell Rd., Suite 120
Las Vegas, Nevada 89148
sdolembo@zbslaw.com
Attorneys for *Plaintiff The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2005-46CB, Mortgage Pass-Through Certificates, Series 2005-46CB*

1  **CERTIFICATE OF SERVICE**

2  Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the

3  \_\_\_\_7th\_\_\_\_ day of January, 2019, a true and correct copy of the **STIPULATED JUDGMENT**

4  was transmitted electronically through the Court's e-filing electronic notice system to the

5  attorney(s) associated with this case.

6  Michael N. Beede
mike@legallv.com
7  The Law Office of Mike Beede, PLLC
2470 St. Rose Parkway Ste. 201
8  Henderson, NV 89074
*Attorney for Defendant, Prairie Flower Holdings, LLC*
9

10

11  \_\_/s/ Sara Hunsaker_____
     An Employee of ZIEVE, BRODNAX & STEELE, LLP
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28